```
                              BILL OF SALE
         SELLER               ------------          BUYER(S)
------------------------------           ------------------------------
HEADERS CAR CARE                       |
1530 E MCKINLEY AVE                    | devinn n adams
MISHAWAKA, IN 46545                    | 1928 warren woods rd
574-258-5353                           | BUCHANAN, MI 49107
                                       | County: BERRIEN
     Date:  7/30/16                    | Home Phone: 574-318-2119
Salesman: Mike Woodrum                 | Work Phone:
                                       | Social Security #:
                                       |
   DESCRIPTION OF VEHICLE SOLD         |    DESCRIPTION OF TRADE-IN
------------------------------         | ------------------------------
Stock #: 16-332    Year: 03            |    N/A
Make: LEXUS        Model: RX           | Body Type:
Body Type: 4DR     Color: LT BLU       | Tag:          Mileage:
Tag: g552736       Mileage: EXEMPT     | VIN:
VIN: JTJHF10U330312387                 |
                                       |         SETTLEMENT
     INSURANCE INFORMATION             | ------------------------------
------------------------------         |             Price:    8,995.00
                                       | Less Trade Allowance:      N/A
Policy #:                              |                      ----------
Agent:                                 |        Difference:    8,995.00
Phone:                                 | Payoff on Trade-in:       N/A
                                       |        Sales Tax:      539.70
        LIEN HOLDER                    |  Processing Fees:         N/A
------------------------------         | Tag & Title Fee:        20.00
HEADERS CAR CARE                       |
1530 E MCKINLEY AVE                    |
MISHAWAKA, IN 46545                    |
                                       |
                                       |                      ----------
     TAX       6.000%     539.70       |            TOTAL:    9,554.70
JURISDICTION   0.000%       0.00       | Less Cash Down Payment: 1,250.00
  BREAKDOWN    0.000%       0.00       | Deferred Down Payment:      N/A
               0.000%       0.00       |                      ----------
                                       | BALANCE REMAINING:    8,304.70
===========================================================================
Purchaser hereby declares that he/she is of legal age to transact business
and that no unfair inducement has been made by seller. This order is not
binding until accepted by both buyer and seller. The information you see
on the window form for this vehicle is part of this contract. Information
in the window form overrides any contrary provisions in the contract of
sale.
         Buyer(s): X_____   _____   7/30/16
                     devinn n adams

                                                      7/30/16
                   _____
         Seller: _____       7/30/16
                 HEADERS CAR CARE
```

CONTRACT DATE: 7/30/16     **SIMPLE INTEREST RETAIL INSTALLMENT CONTRACT**     FZ-IN-RIC-SIA

| Buyer(s) | | | | Seller | | | |
|---|---|---|---|---|---|---|---|
| devinn n adams | | | | HEADERS CAR CARE | | | |
| Street (Residence) | | | | Street (Business) | | | |
| 1928 warren woods rd | | | | 1530 E MCKINLEY AVE | | | |
| City | County | State | Zip Code | City | County | State | Zip Code |
| BUCHANAN | BERRIEN | MI | 49107 | MISHAWAKA | St.Joesph | IN | 46545 |
| Location of Vehicle if other than Buyer's residence | Street | | | City | County | State | Zip Code |

In this contract, "you" and "your" refer to the Buyer or Buyers signing below. "Seller," "we" and "us" refer to the seller shown above. "Holder" is the Seller, or, if this contract has been assigned, the party who has been assigned this contract. "Vehicle" refers to the vehicle described below. "Buyer," "you" and "your" shall include the plural. You promise to pay to the order of the Holder (at its office or at such other place as the Holder may designate and instruct you) the Amount Financed and the Finance Charge (see below) as outlined in the schedule of payments below and as described in this contract.

| New/Used | Year | Make | Model | Vehicle Identification Number | Mileage | ☒ Personal or Household Use<br>☐ Business Use |
|---|---|---|---|---|---|---|
| USED | 2003 | LEXUS | RX | JTJHF10U330312387 | EXEMPT | |

Description of Trade-In(s): N/A

### FEDERAL TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>THE COST OF YOUR CREDIT AS A YEARLY RATE. | FINANCE CHARGE<br>THE DOLLAR AMOUNT THE CREDIT WILL COST YOU. | AMOUNT FINANCED<br>THE AMOUNT OF CREDIT PROVIDED TO YOU OR ON YOUR BEHALF. | TOTAL OF PAYMENTS<br>THE AMOUNT YOU WILL HAVE PAID AFTER YOU HAVE MADE ALL PAYMENTS AS SCHEDULED. | TOTAL SALE PRICE<br>THE TOTAL COST OF YOUR PURCHASE ON CREDIT, INCLUDING YOUR DOWN PAYMENT OF $ 1,250.00 IS |
|---|---|---|---|---|
| 15.00 % | $ 1,875.16 | $ 8,304.70 | $ 10,179.86 | $ 11,429.86 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 145 | $ 70.00 | WEEKLY beginning August 6, 2016, due every Saturday |
| 1 | $ 29.86 | May 18, 2019 |

**Late Charge:** If payment is not received in full within 10 days after it is due, you will be charged a late charge of $ 18.50. The late charge dollar amount is subject to change as allowed by IC § 24-4.5-1-106 of the Indiana Consumer Credit Code so as to always be the maximum amount permitted by law.
**Prepayment:** If you pay off all or any part of your debt early, you will not have to pay a penalty.
**Security Interest:** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, our right to accelerate the maturity of this obligation, any required repayment in full before the scheduled date, prepayment refunds and penalties, and our security interest.

☐ **MINIMUM FINANCE CHARGE:** You agree to pay a minimum finance charge of $ N/A if, upon prepayment in full, the amount of finance charges accrued would be less than such minimum charge.

**INSURANCE: CREDIT LIFE INSURANCE AND CREDIT DISABILITY INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL COST. WE MAY RETAIN OR RECEIVE A PORTION OF THIS AMOUNT.**

| TYPE OF CREDIT INSURANCE | ORIGINAL TERM | COST FOR THE ORIGINAL TERM | CHOICE OF COVERAGE AS SPECIFIED IS ACKNOWLEDGED BY BUYER'S SIGNATURE |
|---|---|---|---|
| ☐ CREDIT LIFE | | | Buyer Signs _____N/A_____ Date_____ Date of Birth_____ |
| ☐ CREDIT DISABILITY | | | Co-Buyer Signs _____N/A_____ Date_____ Date of Birth_____ |

**COMPREHENSIVE AND COLLISION INSURANCE IS REQUIRED:** You may obtain or provide through an existing policy, or a policy you independently obtain and pay for, the required insurance through any duly licensed agent or broker, subject to our right to refuse to accept an insurer you offer for reasonable cause.
**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT PROVIDED UNDER THIS CONTRACT.**

HOW THIS CONTRACT CAN BE CHANGED. This contract and the related documents that you sign contemporaneously with this contract contain the entire agreement between you and us relating to the sale and financing of the motor vehicle. Any change to this contract must be in writing and we must sign it. If any part of this contract is not valid, all other parts stay valid.

Buyer Signs _[signature]_     Co-Buyer Signs _____N/A_____

**NOTICE TO BUYER**
a) Do not sign this contract before you read it or if it contains any blank spaces. b) You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.
This contract consists of 4 pages. Be sure to initial pages 2, 3, and 4 as indicated.
Signed, sealed and delivered by the Buyer, who hereby acknowledges receipt of a completed copy of this contract and agrees to its terms.
CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.
THIS CONTRACT CONTAINS AN ARBITRATION CLAUSE ON PAGE 4.

Buyer Signs X _[signature]_ Date 7/30/2016    Co-Buyer Signs X _____N/A_____ Date_____
Buyers and Other Owners - A buyer is a person who is responsible for paying the entire debt. An "other owner" is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X_____ Date_____ Address_____

Seller Signs X _Mike Woah_ Date 7/30/2016 Printed Name _____ Title_____

Page 1 of 4 (of document 902610)
FZ-IN-RIC-SIA 11/14b    Simple Interest Retail Installment Contract    © 2014 Frazer Computing, Inc.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**INSURANCE YOU MUST HAVE ON THE VEHICLE.** You must keep the vehicle insured against damage or loss until you have paid all that you owe under this contract. You will provide coverage in the amount of the vehicle's actual cash value less a maximum deductible of $ 500 . You may purchase, or provide through an existing policy, the insurance through anyone you choose who is reasonably acceptable to us. You must name us as the person to be paid under the policy in the event of damage or loss. If the vehicle is damaged or lost, at our option, we can use the insurance proceeds to replace or repair it or to repay any amounts you owe under this contract.

    If you do not obtain and maintain the insurance required by this contract, we will consider this contract in default. We may, at our option, repossess the vehicle or purchase insurance at your expense or pursue any other remedy provided for in this contract. The insurance we purchase may either cover both our interest and your interest or our interest only. We will tell you which type of insurance we purchase and the charge to you. The charge for the insurance will be the premium of the insurance and a finance charge equal to the Annual Percentage Rate shown in this contract.

You will deliver to us an insurance policy meeting the requirements in this paragraph to be issued by

_____
Insurance Company

_____
Agent

If we finance such insurance, the following applies:

Name of Insurer: ____N/A_____

Term of Insurance: ____N/A_____

Premium: ____N/A____

X _____(signature)_____ (Buyer)

X _____N/A_____ (Co-Buyer)

**TELEPHONE MONITORING AND CALLING.** You agree that we may monitor and record telephone calls regarding your account to assure the quality of our service. In addition and subject to applicable law, in connection with servicing your account and/or collecting amounts you may owe, you expressly consent that we may call you and send text messages to you using prerecorded/artificial voice messages or an automatic dialing device. We may do so using any telephone number you provide to us, or that we obtain from another source, including a cellular phone, which may result in charges to you.

**FINANCE CHARGE AND PAYMENTS.** We will compute your Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. We based the Finance Charge, Total of Payments and the Total Sale Price shown in this contract on the assumption that you will make each payment in the amount due and on the date due. These amounts will be more if you pay late and less if you pay early. These changes may take the form of a larger or smaller last payment or, if we choose, additional payments of the same amount as your scheduled payments with a smaller final payment. We will notify you about these changes before your final scheduled payment is due.

**PREPAYMENT.** You may prepay all you owe under this contract at any time without penalty. If you do, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the prepayment date.

**APPLYING PAYMENTS.** We may apply your payments to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe us in any order we choose, as permitted by applicable law.

### ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| (1) CASH PRICE (including $ 539.70 sales tax) | | 9,534.70 (1) |
| (2) DOWN PAYMENT | | |
|    a. Cash Down payment | 1,250.00 | |
|    b. Deferred Down payment | N/A | |
|    Net Trade In Allowance | | |
|      Gross Trade In | N/A | |
|      Less Payoff | N/A | |
|    c. Net Trade In | | N/A |
| **TOTAL DOWN PAYMENT [(a)+(b)+(c)]** | | 1,250.00 (2) |
| If Total Down Payment is negative enter $0.00 and insert that amount on (4)m below | | |
| (3) UNPAID BALANCE OF CASH PRICE [(1)-(2)] | | 8,284.70 (3) |
| (4) OTHER CHARGES INCLUDING AMOUNTS PAID TO OTHERS ON YOUR BEHALF | | |
|    d. To Insurance Company for Credit Life Premium* | | N/A |
|    e. To Insurance Company for Credit Disability Premium* | | N/A |
|    f. Official Fees to Government Agencies Tag and Title Fee | | 20.00 |
|    g. To N/A for Extended Service Contract* | | N/A |
|    h. N/A | | N/A |
|    i. N/A | | N/A |
|    j. N/A | | N/A |
|    k. N/A | | N/A |
|    l. N/A | | N/A |
|    m. N/A | | N/A |
| **TOTAL OTHER CHARGES AND AMOUNTS PAID TO OTHERS ON YOUR BEHALF** [(d)+(e)+(f)+(g)+(h)+(i)+(j)+(k)+(l)+(m)] | | 20.00 (4) |
| (5) AMOUNT FINANCED (Principal Balance) [(3)+(4)] | | 8,304.70 (5) |

*Dealer May Retain A Portion of These Amounts

---

**ASSIGNMENT:** By signing below, Seller hereby sells and assigns all right, title and interest in this contract to _____ ("Assignee") in accordance with and under the terms and conditions of a separate agreement between Seller and Assignee.

☐ Assigned with recourse      ☐ Assigned without recourse      ☐ Assigned with limited recourse

Seller _____ By _____ Title _____

Initials ____/ N/A / ____ Page 2 of 4 (of document 902610)
    Buyer   Co-Buyer   Seller

FZ-IN-RIC-SIA 11/14     Simple Interest Retail Installment Contract     © 2014 Frazer Computing, Inc.

## ADDITIONAL TERMS AND CONDITIONS

**OWNERSHIP AND RISK OF LOSS.** You agree to pay us all amounts owed under this contract, regardless of whether the vehicle is damaged, destroyed or missing. You agree not to transfer any interest in the vehicle or this contract without our written permission. You agree to keep the vehicle in good order and repair, allowing for ordinary wear and tear. You will make sure our security interest on the vehicle is shown on the title. If we pay any repairs, storage, taxes, fines or other charges, you agree to repay us.

**SECURITY INTEREST.** You give us a security interest in the vehicle; any accessories, equipment, modifications, or replacement parts installed in the vehicle; any insurance premiums and charges for service contracts returned to us; and any proceeds of service contracts or insurance policies on your life or health which are financed in this contract. This security interest covers all amounts you owe, and any transfers, changes, or other agreements to this contract.

**DEFAULT.** Any of the following events will be considered a default: your failure to pay any installment when due; your failure to perform or breach of any section of this contract; your failure to obtain and maintain the insurance required by this contract; any misstatement or misrepresentation by you relied on by us; you become insolvent; any judgment is entered against you; the vehicle is transferred without our written consent, or seized under any legal process. If you default, or we believe in good faith that you are not going to keep any of your promises, we can demand that you immediately pay all that you owe. We do not have to give you notice that we are demanding or intend to demand immediate payment of all that you owe. We may repossess the vehicle; take any reasonable measures to correct the default, or save us from loss; or pursue any other remedy permitted by law in recovering the full remaining amount due. You will pay the reasonable costs and expenses of these measures, to the extent the law allows.

**REPOSSESSION.** If you are in default, we may take the vehicle from you if we may do so without a breach of the peace. We may repossess the vehicle by any means including entering your property, or the property where it is stored. Personal property found in the vehicle may be returned to you provided that you identify such property to us within 30 days after we have sent you written notice of the discovery of such personal property. However, we will keep any vehicle accessories, equipment, modifications, or replacement parts.

**RETURN OF THE VEHICLE TO YOU.** If we repossess the vehicle you have the right to get it back (redeem). To do so, you must pay the entire remaining amount owed on the contract, plus any late charges, costs of repossession we incurred, reasonable expenses and attorney's fees. Your right to redeem ends when the motor vehicle is sold or we have entered into a contract for sale or accepted the vehicle as full or partial satisfaction of a contract.

**RE-SALE OF VEHICLE.** Once your vehicle has been repossessed, we will send you notice of the re-sale at least 10 days in advance. Once your vehicle is sold, the proceeds will be credited to your account after reasonable expenses for retaking, holding, preparing for sale, processing and selling the vehicle, plus attorney's fees and court costs the law permits, are paid. Any surplus after applying the proceeds to your account will be returned to you unless we are required by law to pay the proceeds to another person. If the cash price for the vehicle was more than $4,000, you must pay any deficiency in your account after the proceeds of sale are applied. Any deficiency that you do not satisfy upon our demand will bear interest at the maximum rate allowed by law.

**WHO IS BOUND.** This contract is binding upon the parties, their heirs, executors, personal representatives, and/or successors and assigns.

**GOVERNING LAW.** Federal and Indiana law apply to this contract.

**JOINT LIABILITY.** All persons who sign this contract as Buyers are jointly and severally liable. We may enforce or release our rights entirely with respect to one Buyer without affecting our rights as to any other Buyer.

**COLLECTION COSTS.** If you are in default and we demand full payment, you agree to pay us interest on the amount you owe at the rate shown in this contract. If we hire an attorney who is not our employee to enforce this contract, you will pay reasonable attorney's fees. You will also pay reasonable collection costs we incur to enforce our security interest, to the extent the law allows.

**NO WAIVER.** We can delay or refrain from enforcing any of our rights under this contract without losing them.

**INTERPRETATION.** If for any reason any section of this contract is deemed invalid, all other sections will remain enforceable.

**RETURNED CHECK CHARGE.** You agree to pay a charge of twenty-five dollars ($25) for the return of unpaid or dishonored checks. "Check" includes a bank check, credit union share draft or any other instrument that you use to make any payment under this contract.

**WARRANTIES SELLER DISCLAIMS. Unless we make a written warranty, or enter into a service contract within 90 days from the date of this contract, we make no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.** This provision does not affect any warranties covering the vehicle that the manufacturer may offer.

**ACKNOWLEDGEMENT OF PURCHASE OF VEHICLE CONTAINING PAST DUE STARTER INTERRUPT AS CONDITION OF SALE.** You understand that there may be a payment guarantee device installed on the vehicle as a condition of sale. You understand that if you do not make all payments as required under this contract, **THIS DEVICE WILL PREVENT THE VEHICLE FROM BEING STARTED.** You agree to sign all disclosure forms describing the device, and further understand and agree that these forms are a part of this Contract and are incorporated herein as though fully set forth in this Contract.

**ACKNOWLEDGEMENT OF PURCHASE OF VEHICLE CONTAINING ELECTRONIC TRACKING DEVICE.** If your vehicle has an electronic tracking device, you agree that we may use this device to find the vehicle.

**USED CAR BUYERS GUIDE: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

Note: If the primary use of the vehicle is non-consumer, this is not a consumer contract, and the following notice does not apply.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

Initials _[signature]_ / N/A _[signature]_ Page 3 of 4 (of document 902610)
Buyer     Co-Buyer   Seller

FZ-IN-RIC-SIA 11/14b   Simple Interest Retail Installment Contract   © 2014 Frazer Computing, Inc.

| ARBITRATION AGREEMENT |
|---|
| This Arbitration Agreement is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16. This Arbitration Agreement uses certain defined terms. A "Dispute" is any contract, tort, statutory or other claim or dispute between you and Seller arising out of or relating to your credit application, this contract, or any resulting transaction or relationship (including any such relationship with third parties who do not sign this Arbitration Agreement). "Seller" includes seller's assignee and also includes Seller's and such assignee's employees, agents, successors or assigns. "Dispute" includes any disagreement over the interpretation and scope of this clause, or the arbitrability of the Dispute.<br><br>Any Dispute shall, at your or Seller's request, be resolved by binding arbitration and not in court. Arbitration will be by one arbitrator on an individual basis and not as a class action. You waive any right you may have to arbitrate a Dispute as a class action (this is referred to below as the "class action waiver"). Arbitration will be conducted by and under the rules of the American Arbitration Association, 1633 Broadway, 10th Floor, New York, NY 10019 (www.adr.org), or any other arbitration organization you select, subject to Seller's approval. You may get the rules of the organization by contacting it or visiting its website.<br><br>Arbitrators shall be attorneys or retired judges selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law in making an award. The arbitration hearing shall be conducted in the federal district in which you reside, or at some other location convenient to you, or as otherwise required by law. Seller will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $1,500, unless applicable law or the rules of the chosen arbitration organization require Seller to pay more. Each party shall be responsible for its own attorney, expert and other fees, unless otherwise awarded by the arbitrator under applicable law.<br><br>The arbitrator's award is final and binding on all parties. Any arbitration shall be governed by the Federal Arbitration Act and not by any state arbitration law.<br><br>You and Seller retain the right to sue in small claims court for a Dispute within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor Seller waive the right to arbitrate by filing suit. Any court with jurisdiction may enter judgment on the arbitrator's award. This Arbitration Agreement shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Agreement, other than the class action waiver, is deemed or found to be unenforceable for any reason, the remainder is enforceable. If the class action waiver is deemed or found to be unenforceable, then this entire Arbitration Agreement shall be unenforceable.<br><br>This Arbitration Agreement is incorporated into and becomes a part of this contract or any other credit obligation that you enter into with Seller on the contract date shown on Page 1.<br><br>**You may opt out of this Arbitration Agreement by doing so in writing to the Seller's address on Page 1 of this contract, or a different address the Holder may provide you, sent by registered mail, postmarked no later than 10 days from the contract date.** |

**It is important that you thoroughly read the above Arbitration Agreement before you sign this Contract. It affects your legal rights. By signing this Contract, you acknowledge that you have read and understand this Arbitration Agreement.**

**By signing this Contract on Page 1, you agree to the terms of this Arbitration Agreement.**

Initials _____ / N/A / _____    Page 4 of 4 (of document 902610)
        Buyer    Co-Buyer  Seller

FZ-IN-RIC-SIA 11/14    Simple Interest Retail Installment Contract    © 2014 Frazer Computing, Inc.

```
Page:   1                                    TRANSACTION HISTORY                              Printed: 10/11/18
Report: C-1-F-P                              --------------------
Lien Held by: HEADERS CAR CARE         Stock #: 16-332    Devinn N. Adams;  03 LEXUS RX
                                                 | * * * * * A P P L I E D  T O * * * * * | BALANCE
                                                 | PRINCIPAL            PICK-UP                    | AFTER      INTEREST
TRANSACTN   DUE
  DATE     DATE     WHO RECEIPT  DESCRIPTION       AMOUNT | BALANCE   FEES      NOTE    REPAIRS   "OTHER" | TRANSACTN  RECEIVED
--------  --------  --- -------  -----------------  --------- --------- --------- --------- --------- --------- ---------  ---------
 7/30/16   7/30/16  MW   59,231  DC Down Payment    1,250.00  1,250.00                                          8,304.70
 8/06/16   8/06/16  JA   59,415  CA Cash               70.00     46.11                                          8,258.59      23.89
 8/12/16   8/13/16  JA   59,565  CA Cash               70.00     49.64                                          8,208.95      20.36
 8/19/16   8/20/16  JA   59,700  CC Credit Card        70.00     46.39                                          8,162.56      23.61
 8/26/16   8/27/16  JA   59,823  CA Cash               70.00     46.52                                          8,116.04      23.48
 9/06/16   9/03/16  JA   60,103  CA Cash               70.00     33.31                                          8,082.73      36.69
 9/12/16   9/10/16  JR   60,244  CA Cash               70.00     50.07                                          8,032.66      19.93
 9/19/16   9/17/16  JA   60,377  CC Credit Card        68.64     45.53                                          7,987.13      23.11
 9/28/16   9/24/16  JR   60,600  CC Credit Card        71.36     41.82                                          7,945.31      29.54
10/03/16  10/01/16  VS   60,679  CC Credit Card        70.00     53.67                                          7,891.64      16.33
10/18/16  10/08/16  JA   61,057  CC Credit Card       139.00     90.35                                          7,801.29      48.65
10/18/16  10/22/16  SH           FE Repo Fee        1,067.50            1,067.50                                1,067.50
10/28/16  10/22/16  VS   61,289  CC Credit Card       600.00              600.00                                7,801.29
11/03/16  10/22/16  JA   61,420  CC Credit Card       608.50     89.70    467.50                                7,711.59      51.30
11/14/16  11/05/16  JA   61,675  CC Credit Card       109.25     74.39                                          7,637.20      34.86
11/21/16  11/12/16  JA   61,852  CC Credit Card       100.75     78.78                                          7,558.42      21.97
12/05/16  11/26/16  JA   62,145  CC Credit Card       140.00     96.51                                          7,461.91      43.49
 3/02/17  12/10/16  SH   64,187  CA Cash              980.00    713.21                                          6,748.70     266.79
 4/20/17   3/18/17  JA           FE Repo Fee          400.00              400.00                                  400.00
 4/20/17   3/18/17  JA           FE Modify Repo Fee   309.00              309.00                                  709.00
 5/20/17            JA           WO Write Off       7,676.80  6,748.70    709.00                                    0.00     219.10
                                                   --------- --------- --------- --------- --------- ---------            ---------
                                 Total Payments Received:  4,557.50  2,806.00  1,067.50      0.00      0.00      0.00        684.00
```

*NOTE: "Total Payments Received" are totals of actual money received, it does not include Fees Added, Forgive Charges, or Write Offs.