# Exhibit 7

# Hinsdale Police Department Arrest Report

Case No. **HI17003287**
Report No. **HI17003287.7**
Report Date: **3/29/2017**

**Hinsdale Police Department**
121 Symonds DR
Hinsdale, IL  60521
630 789-7070

# 10

Page 10 of 22

I met with Marcus Jones and Detective Lackey in the area of 9400 S Merrill, Chicago.  (See Detective Lackey's Supplemental report).  I learned from the conversation Marvon Hamberlin, Tobias Diggs, and Jonathan McClellan have historically frequented the address 641 E 49th Street, Chicago.

Detective Lackey and I drove to 3015 W 59th Street, Chicago.  FIAT SWAT was conducting surveillance at this location for Marvon Hamberlin.  I witnessed Detective Lackey knock on the door leading to Unit 2E.  An adult female voice answered the knock through the closed door.  Detective Lackey identified himself as the police.  I was standing next to the door and could hear at least (2) two voices inside the apartment unit.  One of the voices was male.  I then heard a door open and close.  The door sound was heavy and distant inside the unit.  The female identified herself as Theresa Delaney.  Delaney began alleging, we as a collective group of officers were "harassing" her.  I told Delaney that we wished to speak with her face to face.  I told Delaney we were there to speak with Marvon Hamberlin.  Delaney replied, "I don't know no Marvon."  Delaney told me she didn't know who I was.  Delaney told me she would only speak with the Chicago Police.  The apartment door remained closed.  Delaney told me she was calling the Chicago Police Department.  I told Delaney I welcomed that action and we would wait.  The Chicago Police Department arrived.  We told Delaney we were looking for Marvon Hamberlin.  Delaney invited the Chicago Police Officers into her unit.  I followed, with several officers from the team.  I immediately saw a rear door at the back of the apartment that led to an internal fire escape/back hallway.  I learned the door leads to a hallway, which leads to the outside of the building.  I spoke with a neighbor who requested to remain anonymous.  The neighbor told me she saw Hamberlin in the building prior to our arrival.  The neighbor told me people in the building are afraid of Hamberlin.  The neighbor told me he most likely accessed another unit through the rear hallway.  The team was unable to locate Hamberlin within the building.

I later obtained the PEN Register, trap, and trace on Hamberlin's phone.  The PEN Register placed him immediate to the area of 3015 W 59th St, Chicago on this day.  The phone went off line, following this incident.

Cleona Rogers, Theresa Delaney's daughter walked up, as members of our team were standing on the sidewalk in front of 3015 W 59th St.  Cleona told me she lives at 3015 W 59th St with her mother Theresa Delaney.  Cleona identified herself as the ex-girlfriend of Jonathan McClellan.  Detective Lackey and I had the opportunity to speak with Cleona Rogers.  Rogers and I began talking.  The conversation began by me explaining why we were present.  I then began discussing my interest in the Buick Le Sabre parked on the street in front of 3015 W 59th St.  Rogers told me the following:
-she purchased (by agreement) a Lincoln Town car from Marvon Hamberlin, her ex-boyfriends brother
-her ex-boyfriend is Jonathan McClellan
-she went with Hamberlin to an auto dealership on Western Ave
-Hamberlin traded the Lincoln Town Car to the dealership
-the dealership applied the trade in value of the Lincoln, towards the purchase of the Buick
-Cleona requested the dealership register the Buick in her name

I asked Cleona Rogers why she would purchase a vehicle from someone she knows and within the same day, trade the vehicle for the purchase of another vehicle.  I told Cleona Rogers this wasn't reasonable.  I posed the question, why buy a car from someone to immediately trade it in.  Cleona told me she immediately realized the Lincoln Town Car was too big.  I told Cleona Rogers no reasonable person would believe this account.  I told Cleona what is reasonable to me, is she allowed Marvon Hamberlin to use her information, to register a vehicle he intended to use.  I knew this to be a common strategy utilized by criminals to hinder law enforcement from locating specific information.  Cleona had no rebuttal to my statement.  Cleona responded by telling me she is returning the Buick later this week, because she doesn't like it.  It was readily apparent to me Cleona was being less than truthful with me.  I ended the conversation.
Detective Lackey later learned Rogers did in fact return the Buick (see Detective Lackey's report).  I later learned from Detective Lackey's follow up investigation into the matter, the dealership was attempting without success to reach Marvon Hamberlin.  Hamberlin was the true owner of the Lincoln, which by the terms of the contract needed to be returned to him, following the return of the Buick.

On 04/03/2017 I continued investigating this case.

I wrote a search warrant for the single family residence at 16401 S 89th Ave, Orland Park Illinois (See 2017SW000209).  This is the home of Joshua McClellan.  The search warrant was signed by Honorable Judge Daniel Guerin.

On 04/04/2017 I continued investigating this case.

I drove to the Orland Park Police Department to attend an early morning search warrant execution meeting.  Search warrant 2017SW000209 was pending execution.  In attendance was FIAT SWAT, Naperville SWAT, and members of the Orland Park Police Department.  See arrest report HI17003287.14.

I received a call from Headers Auto Sales, 1530 E McKinley Ave, Mishawaka, IN 46545.  Justine Alwine (574/258-5353) of

# Hinsdale Police Department Arrest Report

Case No. **HI17003287**
Report No. **HI17003287.7**
Report Date: **3/29/2017**

Hinsdale Police Department
121 Symonds DR
Hinsdale, IL  60521
630 789-7070

# 11

Headers Auto Sales asked me if I was trying to locate a 2003 Lexus RX bearing Michigan registration plate, DPA8960.  Alwine told me the Lexus RX was equipped with a GPS tracker.   Alwine told me the Lexus RX is parked in what appears to be a residential garage at 10158 S Vernon.  Alwine told me she was looking at a map on the website Asset Track Air Assault (http://www.assettrackgpssystems.com).  Alwine offered me her log in credentials for the Asset Track GPS Systems website.  Alwine gave me permission to look at all the GPS records associated with the Devinn Adams/Lexus RX account.  Alwine assisted me in navigating the website.  I located the Devinn Adams account.  The account tracks the movement and global position of Devinn Adams 2003 Lexus RX (VIN# JTJHF10U330312387).  The data log can be exported into an Excel spreadsheet file.  I exported the data log and saved it to my desktop.

I continued reviewing GPS data ("Devin Adams" account).  I saw the following event identified as event number 1451.  The event was displayed as follows:

-"1451 05:57 PM 03/17/2017 Stop (Headers 350) 9301-9499 S Kostner Ave, Oak Lawn, IL, 60453 0 4 Hours, 26 Minutes".

Event 1451 was recorded on during the afternoon of 03/17/2017 at global position 41.7215 / -87.731.  This event showed the 2003 Lexus RX parked at this global position for 4 hours, 26 minutes.  I used the Asset Track system to input this data into a Google Earth map.  The global position applied to a Google Earth map showed the Lexus RX parked on the campus of Christ Hospital.  I called Christ Hospital and introduced myself to Security Officer Anthony Sherlock.  I told Sherlock what I was seeing on the Google Earth Map, using the global coordinates from Asset Track GPS Systems.  SO Sherlock recognized this location as parking tower A.  Parking tower A is a multi-story parking garage, recently built, and equipped with new high resolution security cameras.  Using the Eastern Time zone time stamp of 05:57 p.m., then subtracting one hour to adjust for time zone, Sherlock began searching the video system.  I provided Sherlock with the Lexus RX descriptors.  Sherlock told me he located the Lexus RX on video in parking tower A, at approximately 04:43 p.m. central time.  Sherlock told me the security camera system captured the Lexus RX driving through the parking garage.  The Lexus RX parks in a parking space, immediate to a camera.  A pregnant, black female exits the Lexus RX.  The female appears to be alone.  I asked Sherlock if he could send me a still image of the vehicle and female.  Sherlock sent me a still surveillance video image.  I immediately recognized the Michigan registration plate DPA 8960 mounted to the rear of a Lexus RX.  I immediately recognize Jessica Christian, exiting the vehicle.  I knew Christian to be the girlfriend of Tobias Diggs.  I personally spoke with Christian on 03/27/2017 outside her mother's residence at 10158 S Vernon Chicago Illinois.  Anthony Sherlock told me the video recorded would be made available to me in person, should I need/request it.  I thanked SO Sherlock for his assistance.  This concluded our telephone conversation.

On 04/05/2017 I continued investigating this case.

I began reviewing the global positioning data obtained from Asset Track GPS Systems, via Headers Auto Sales.  The data showed the Lexus RX traveling to Hinsdale on 03/15/2017, 03/16/2017, and 03/17/2017.  I began specifically reviewing the data from 03/16/2017 to 03/17/2017.  I recognized the data time stamp was advanced (1) one hour, specifically listed as "American/New York" time (Eastern Time).  I copied the data from the Excel spreadsheet and pasted it below.  Greater detail can be extracted from the map points, utilizing the software program that manages the GPS data.  The points below can be narrowed to specific latitude and longitude way points.  Information I added to this copied data for illustrative/relational purposes is contained within ( ) as shown below.  The data beyond 03/19/2017 showed the vehicle remained in the garage at 10158 S Vernon Ave, Chicago up and till it was recovered by Detective Lackey and members of FIAT.

| | | | |
|---|---|---|---|
| Event 826 | 3/19/2017 0:35 | Update | 416-428 E 102nd St, Chicago, IL, 60628 (Jessica Christian - Family Residence) |
| Event 825 | 3/18/2017 0:36 | Stop | Alley, Chicago, IL (Jessica Christian) |
| Event 824 | 3/17/2017 22:44 | Stop | 10101-10199 S Vernon Ave, Chicago, IL, 60628 (Jessica Christian - Family Residence) |
| Event 823 | 3/17/2017 22:43 | Drive | 10101-10199 S Vernon Ave, Chicago, IL, 60628 (Jessica Christian - Family Residence) |
| Event 822 | 3/17/2017 22:38 | Drive | W 95th St, Chicago, IL |
| Event 821 | 3/17/2017 22:33 | Drive | W 95th St, Chicago, IL |
| Event 820 | 3/17/2017 22:28 | Drive | 2613-2631 W 95th St, Evergreen Park, IL, 60805 |
| Event 819 | 3/17/2017 22:23 | Drive | 4301-4331 97th St, Oak Lawn, IL, 60453 |
| Event 818 | 3/17/2017 17:57 | Stop | 9301-9499 S Kostner Ave, Oak Lawn, IL, 60453 (Advocate Christ Hospital) |
| Event 817 | 3/17/2017 17:45 | Drive | 4157-4299 W 95th St, Oak Lawn, IL, 60453 |
| Event 816 | 3/17/2017 17:40 | Stop | 3979-3999 W Columbus Ave, Chicago, IL, 60652 |
| Event 815 | 3/17/2017 17:40 | Drive | 3979-3999 W Columbus Ave, Chicago, IL, 60652 |
| Event 814 | 3/17/2017 17:38 | Drive | 3951-3977 W Columbus Ave, Chicago, IL, 60652 |
| Event 813 | 3/17/2017 17:37 | Stop | 3951-3977 W Columbus Ave, Chicago, IL, 60652 |
| Event 812 | 3/17/2017 17:35 | Drive | 3901-3949 W Columbus Ave, Chicago, IL, 60652 |
| Event 811 | 3/17/2017 17:30 | Drive | 3501-3541 W Columbus Ave, Chicago, IL, 60652 |
| Event 810 | 3/17/2017 17:25 | Drive | 3201-3231 W Columbus Ave, Chicago, IL, 60652 |
| Event 809 | 3/17/2017 17:20 | Drive | 7401-7423 S Kedzie Ave, Chicago, IL, 60629 |
| Event 808 | 3/17/2017 17:10 | Drive | 6101-6199 S California Ave, Chicago, IL, 60629 |
| Event 807 | 3/17/2017 16:50 | Stop | 5701-5799 S Campbell Ave, Chicago, IL, 60629 |
| Event 806 | 3/17/2017 11:41 | Stop | 5701-5799 S Maplewood Ave, Chicago, IL, 60629 (Jonathan McClellan - Hamberlin/McClellan Family Residence) |

# Hinsdale Police Department Arrest Report

Case No. **HI17003287**
Report No. **HI17003287.7**
Report Date: **3/29/2017**

Hinsdale Police Department
121 Symonds DR
Hinsdale, IL  60521
630 789-7070

# 12

Page 12 of 22

| | | | |
|---|---|---|---|
| **Event 805** | 3/17/2017 11:40 | Drive | **5701-5799 S Maplewood Ave, Chicago, IL, 60629 (Jonathan McClellan - Hamberlin/McClellan Family Residence)** |
| **Event 804** | 3/17/2017 11:35 | Drive | **2801-2815 W 53rd St, Chicago, IL, 60632** |
| **Event 803** | 3/17/2017 11:30 | Drive | **3529-3593 W 47th St, Chicago, IL, 60632** |
| **Event 802** | 3/17/2017 11:25 | Drive | **Chicago, IL** |
| **Event 801** | 3/17/2017 11:20 | Drive | **I- 55, Forest View, IL (Interstate I55)** |
| **Event 800** | 3/17/2017 11:15 | Drive | **I- 55, Hodgkins, IL (Interstate I55)** |
| **Event 799** | 3/17/2017 11:10 | Drive | **Hinsdale, IL (Hinsdale)** |
| **Event 798** | 3/17/2017 11:05 | Drive | **1-99 Village Pl, Hinsdale, IL, 60521 (Hinsdale)** |
| **Event 797** | 3/17/2017 10:47 | Drive | **1-27 E 1st St, Hinsdale, IL, 60521 (Hinsdale)** |
| **Event 796** | 3/17/2017 10:42 | Drive | **801-899 S Elm St, Hinsdale, IL, 60521 (Hinsdale)** |
| **Event 795** | 3/17/2017 10:37 | Drive | **6901-6933 Fieldstone Dr, Burr Ridge, IL, 60527 (Burr Ridge)** |
| **Event 794** | 3/17/2017 10:32 | Drive | **I- 55, Countryside, IL (Interstate I55)** |
| **Event 793** | 3/17/2017 10:27 | Drive | **I- 55, Summit, IL (Interstate I55)** |
| **Event 792** | 3/17/2017 10:22 | Drive | **I- 55, Chicago, IL (Interstate I55)** |
| **Event 791** | 3/17/2017 10:17 | Drive | **I- 55, Chicago, IL (Interstate I55)** |
| **Event 790** | 3/17/2017 10:12 | Drive | **Chicago, IL** |
| **Event 789** | 3/17/2017 10:07 | Drive | **5301-5467 S Princeton Ave, Chicago, IL, 60609** |
| **Event 788** | 3/17/2017 10:02 | Drive | **1001-1031 W 55th St, Chicago, IL, 60621** |
| **Event 787** | 3/17/2017 9:57 | Drive | **2401-2415 W 56th St, Chicago, IL, 60629** |
| **Event 786** | 3/17/2017 9:56 | Stop | **2401-2415 W 56th St, Chicago, IL, 60629** |
| **Event 785** | 3/17/2017 9:55 | Drive | **2401-2415 W 56th St, Chicago, IL, 60629** |
| **Event 784** | 3/17/2017 9:50 | Drive | **2517-2529 W 58th St, Chicago, IL, 60629** |
| **Event 783** | 3/17/2017 9:49 | Stop | **2517-2529 W 58th St, Chicago, IL, 60629** |
| **Event 782** | 3/17/2017 9:47 | Drive | **5701-5799 S Rockwell St, Chicago, IL, 60629 (Jonathan McClellan - Hamberlin/McClellan Family Residence)** |
| **Event 781** | 3/17/2017 9:42 | Drive | **W 55th St, Chicago, IL** |
| **Event 780** | 3/17/2017 9:37 | Drive | **5739-5899 S la Salle St, Chicago, IL, 60621** |
| **Event 779** | 3/17/2017 9:32 | Drive | **Dan Ryan Expy, Chicago, IL** |
| **Event 778** | 3/17/2017 9:22 | Drive | **I- 57, Calumet Park, IL** |
| **Event 777** | 3/17/2017 9:17 | Drive | **I- 57, Markham, IL** |
| **Event 776** | 3/17/2017 9:12 | Drive | **5601-5605 159th St, Oak Forest, IL, 60452** |
| **Event 775** | 3/17/2017 9:07 | Drive | **7201-7399 159th St, Tinley Park, IL, 60477** |
| **Event 774** | 3/17/2017 9:02 | Drive | **16401-16499 89th Ave, Orland Park, IL, 60462 (Joshua McClellan - Family Residence)** |
| **Event 773** | 3/17/2017 8:58 | Stop | **16401-16499 89th Ave, Orland Park, IL, 60462 (Joshua McClellan - Family Residence)** |
| **Event 772** | 3/17/2017 8:56 | Drive | **16401-16499 89th Ave, Orland Park, IL, 60462 (Joshua McClellan - Family Residence)** |
| **Event 771** | 3/17/2017 8:51 | Drive | **7198-7100 159th St, Orland Park, IL, 60462** |
| **Event 770** | 3/17/2017 8:46 | Drive | **5598-5416 159th St, Oak Forest, IL, 60452** |
| **Event 769** | 3/17/2017 8:41 | Drive | **W Leg Dan Ryan Expy, Oak Forest, IL** |
| **Event 768** | 3/17/2017 8:36 | Drive | **W Leg Dan Ryan Expy, IL** |
| **Event 767** | 3/17/2017 8:31 | Drive | **6101-6399 Streamwood Ln, Matteson, IL, 60443 (Tobias Diggs - Family Residence)** |
| **Event 766** | 3/17/2017 1:27 | Stop | **6101-6399 Streamwood Ln, Matteson, IL, 60443 (Tobias Diggs - Family Residence)** |
| **Event 765** | 3/17/2017 1:24 | Drive | **6101-6399 Streamwood Ln, Matteson, IL, 60443 (Tobias Diggs - Family Residence)** |
| **Event 764** | 3/17/2017 0:25 | Stop | **6101-6399 Streamwood Ln, Matteson, IL, 60443 (Tobias Diggs - Family Residence)** |
| **Event 763** | 3/17/2017 0:23 | Drive | **6101-6399 Streamwood Ln, Matteson, IL, 60443 (Tobias Diggs - Family Residence)** |
| **Event 762** | 3/16/2017 21:36 | Stop | **6101-6399 Streamwood Ln, Matteson, IL, 60443 (Tobias Diggs - Family Residence)** |
| **Event 761** | 3/16/2017 21:35 | Drive | **6101-6399 Streamwood Ln, Matteson, IL, 60443 (Tobias Diggs - Family Residence)** |

**I specifically reviewed map point 1392 and map point 1393.  Map point 1392 and map point 1393 were generated on 03/17/2017.**

**Map point 1392 shows the Lexus RX on First Street, east of Washington Street, in Hinsdale, IL.**

**Map point 1393 shows the Lexus RX in the Village Place secondary alleyway (Hinsdale, IL), which is confirmed by witnesses and video surveillance.  This is the portion of Village Place alleyway immediately behind, Razny Jewelry.  The adjusted time stamp is 10:05 a.m.**

**I then compared this data to the data learned from the cellular devices, as documented in FIAT LEAD# 13.**

**Upon analysis of this GPS data I learned the following:**

**-The GPS system installed on the Lexus RX shows the movement of the vehicle via a recorded history log**
**-The GPS system data shows the Lexus RX travel routes on 03/15/2017, 03/16/2017, and 03/17/2017**
**-The GPS system data shows the Lexus RX arrive and leave from addresses with direct relation to Joshua McClellan, Jonathan McClellan, Marvon Hamberlin, and Tobias Diggs**
**-The GPS system data shows the Lexus RX arrive and leave from these "direct relation" addresses on 03/15/2017, 03/16/2017, and 03/17/2017**
**-The GPS system data shows the Lexus RX leave from the "direct relation" addresses; travel to Hinsdale; then return to the "direct relation" addresses**
**-The GPS system data shows the Lexus RX travel to and from "direct relation" addresses on 03/17/2017, prior to the robbery**

NetRMS_CR.rtf v2f

Printed: November 20, 2018 - 5:43 PM

# Hinsdale Police Department Arrest Report

Case No. **HI17003287**
Report No. **HI17003287.7**
Report Date: **3/29/2017**

**Hinsdale Police Department**
121 Symonds DR
Hinsdale, IL  60521
630 789-7070

# 13

Page 13 of 22

-The GPS system data shows the Lexus RX travel from the "direct relation" addresses to Hinsdale, IL
-The GPS system data shows the Lexus RX on the block, immediate to  Razny Jewelry (Hinsdale) at the time of the robbery
**Hinsdale squad dash camera shows the same**
-The GPS system data shows the Lexus RX on Village Place alleyway (Hinsdale) during the robbery  ** As reported by witnesses**
-The GPS system data shows the Lexus RX on Village Place, directly behind Razny Jewelry (Hinsdale)
-The GPS system data shows the Lexus RX leave Hinsdale southbound, then east bound I55
-The GPS system data shows the Lexus RX drive to a "direct relation" address location and park for a period of time

**On 04/06/2017 I continued investigating this case.**

I spoke with Assistant States Attorney James French.  I asked Assistant States Attorney James French if his office would approve felony charges at the time of our conversation.  ASA French told me the DuPage County State's Attorney's Office would like the case investigated further prior to authorizing charges.  ASA French instructed me to release Joshua McClellan from custody without charge.  This concluded our telephone conversation.

At approximately 11:35 p.m. Detective Lackey and I released Joshua McClellen to the Hinsdale Police Department lobby without charge.  Joshua McClellan was free to leave.

**On 04/10/2017 I continued investigating this case.**

I was notified by the records department; Karen Hamberlin was in the police department lobby.  I walked down to the Hinsdale Police Department lobby.  This was the first time I met Karen Hamberlin.  Karen told me she wanted to pick up property belonging to her son Joshua McClellan.  I asked Karen if Joshua was with her.   Karen Hamberlin told me Joshua was not with her.  I asked if she had a signed directive that his property could be released to her.   Karen Hamberlin told me she did not have a written directive authorizing her to pick up his property.  Karen told me it was her understanding via Joshua's attorney, she could pick up her adult sons property.  I told Karen this was not possible due to our police department policy, regarding property management.  Karen told me she understood and began walking towards the door.  I left the police department lobby and looked outside.  I saw Joshua Hamberlin seated in a Jeep Cherokee parked in front of the police department.  Karen Hamberlin told me Joshua was not with her.  I watched as Karen exited the police department lobby and seated herself in the driver seat of the Jeep Cherokee.  Karen and Joshua Hamberlin backed out of the parking space and drove away.

Approximately 20 minutes later Joshua and Karen Hamberlin appeared in the police department lobby.  I provided Joshua with the following BEAST inventory items approved for release:

BEAST Item 39:  Axxcess key
BEAST Item 44:  Illinois Driver's License
BEAST Item 51:  Apple watch
BEAST Item 54:  Wallet containing misc items & $5 united states currency

Joshua McClellan signed four (4) forms indicating he received the property.  McClellan told me he had no further questions.  McClellan left the police department lobby with Karen Hamberlin.

**On 04/11/2017 I continued investigating this case.**

I drove to W.A. Jewelers 8712 Ridgeland Ave, Oak Lawn Illinois.  I spoke with business owner Walter Ustupski.  Ustupski told me he had spoken with Sergeant Thayer and Detective Lackey on previous dates.  Upstupski retrieved one 1.8 carat weight diamond engagement ring.  The diamond was set in a four prong platinum/ white gold setting, purchased from Joshua McClellan.  I provided W.A. Jewelers with a Village of Hinsdale receipt for the diamond engagement ring.  Ustupski provided me with a carbon copy of the transaction receipt made on 03/24/2017.  I collected the receipts and diamond engagement ring.  I incorrectly wrote the date 05/11/2017 on Hinsdale Receipt No. 36001.  The date should have reflected 04/11/2017.  This concluded my visit at W.A. Jewelers.

I drove to Ramallah Jewelers, 8741 S Ridgeland Oak Lawn Illinois 60453.  Ramallah Jewelers is located across the street from W.A. Jewelers.  I spoke with a male who identified himself as the business owner.  I asked him if he recalled any persons offering for sale luxury watches and/or jewelry, on or about the date 03/24/2017.  The business owner told me he did not recall any persons around that date selling luxury watches and/or high end jewelry.  I then described Joshua McClellan based on physical appearance.  I included the fact Joshua was missing a leg.  The business owner told me no one fitting McClellan's description had been inside his business.  This concluded my visit at Rammalah Jewelers.

I drove to Lyla Jewelers, 6834 W 95th St Oak Lawn Illinois 60453.  I spoke with a woman inside the business that identified