UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 18-CR-185 |
| v. | ) | |
| | ) | Hon. Gary Feinerman |
| TOBIAS DIGGS | ) | |

<u>NOTICE OF APPEAL</u>

Notice is hereby given that TOBIAS DIGGS, the above-named defendant, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 10th day of March, 2022.

DATED:    March 24, 2022

Respectfully Submitted,

/s/ *Douglas E. Whitney*
Douglas E. Whitney
DOUGLAS WHITNEY LAW
OFFICES LLC
321 N. Clark Street, Suite 1301
(P)  312-279-0510
(F)  312-277-6620
doug.whitney@dwlollc.com

*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 24, 2022, in accordance with LR5.9 and Fed. R. Crim. P. 49(e), I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing all counsel of record at their e-mail addresses on file with the Court.

*/s/ Douglas E. Whitney*
Douglas E. Whitney