UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 18-CR-185 |
| v. ) | |
| ) | Hon. Gary Feinerman |
| TOBIAS DIGGS ) | |

DOCKETING STATEMENT

This is an appeal from the final judgment entered in this action on March 10, 2022. The District Court had jurisdiction under 18 U.S.C. § 1591 and 18 U.S.C. § 3231. The Court of Appeals for the Seventh Circuit has jurisdiction under 28 U.S.C. § 1291.

The final judgment in this case was docketed on March 10, 2022. Notice of appeal was timely filed by Defendant on March 24, 2022.

DATED: March 24, 2002

Respectfully Submitted,

/s/ *Douglas E. Whitney*
Douglas E. Whitney
DOUGLAS WHITNEY LAW
OFFICES LLC
321 N. Clark Street, Suite 1301
(P) 312-279-0510
(F) 312-277-6620
doug.whitney@dwlollc.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2022, in accordance with LR5.9 and Fed. R. Crim. P. 49(e), I electronically filed the foregoing DOCKETING STATEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing all counsel of record at their e-mail addresses on file with the Court.

*/s/ Douglas E. Whitney*
Douglas E. Whitney